# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Seaman Corporation** ) ) ) | Case No.  5:21-cv-02158 |
| v. ) | |
| **Zurich American Insurance Company** ) ) ) | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Zurich American Insurance Company**                                                                                      .

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
    __X__ Yes       _____ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    **See attached.**

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __X__ Yes       _____ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

    **See attached.**

_____        1/25/2022
(Signature of Counsel)                                (Date)

Corporate Disclosure Statement, Page 2

Question1:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Question 2:

Zurich Insurance Group Ltd has a listing on the Swiss stock exchange and the American Depositary Receipts. It is an indirect parent of Defendant as explained in response to Question 1. As an indirect parent, Zurich Insurance Group Ltd has an indirect financial interest in the outcome of this case.